**SEALED**

**FILED**

JUL 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>James Randolph SHERMAN<br>LINDSEY MILLS,<br><br>                      Defendant. | CASE NO. 2:13-MJ-0208 KJN<br><br>**<u>UNDER SEAL</u>**<br><br>ORDER SEALING CRIMINAL COMPLAINT |

**ORDER**

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: July 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT AND                    3
[PROPOSED] ORDER SEALING CRIMINAL COMPLAINT