CANDACE A . FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for LINDSEY MILLS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RANDOLPH SHERMAN and LINDSEY MILLS,<br><br>Defendants. | No. 2:13-CR-00302-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status November 20, 2014.
2. By this stipulation, defendants now move to continue the status conference until January 8, 2015, and to exclude time between November 20, 2014, and January 8, 2015, under Local Code T4.
3. The parties agree and stipulate and request that the Court find the following:
    a.  The Government has represented that discovery associated with this case includes approximately 108 pages of documents plus audio and images.  All of this discovery has been either produced directly to counsel

and/or made available for inspection and copying. In addition, on October 2, 2014, Government produced additional laboratory analysis reports consisting of six pages.

b. Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, and discuss potential resolutions with the Government and their clients. Counsel for defendant Mills has commenced settlement negotiations. Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of November 20, 2014, through January 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 13, 2014          /s/  Candace A. Fry
                                  CANDACE A. FRY, Attorney for
                                  LINDSEY MILLS, Defendant

Dated: November 13, 2014           /s/  Candace A. Fry for
                                  CHARLES A. PACHECO,  Attorney for
                                  JAMES R. SHERMAN, Defendant

Dated: November 13, 2014          BENJAMIN B. WAGNER,
                                  United States Attorney


                                  By   /s/  Candace A. Fry for
                                  JASON HITT,
                                  Assistant United States Attorney

                                  (Signed for Mr. Pacheco and Mr. Hitt
                                  with their prior authorization)

## O R D E R

IT IS SO ORDERED.

DATED: November 18, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT