1  CANDACE A . FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  916.446.9322
   FAX:  916.446.0770
4  E mail:  c.fry@att.net
5
   Attorney for LINDSEY MILLS,
6  Defendant
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,              No. 2:13-CR-00302-MCE
12              Plaintiff,
13       v.                               **STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
14  JAMES RANDOLPH SHERMAN                 ACT; FINDINGS AND ORDER**
    and LINDSEY MILLS,
15
16              Defendants.
17
18
19       It is hereby stipulated and agreed by and between the parties hereto, through
20  their respective counsel, as follows:
21       1.  By previous order, this matter was set for status on March 12, 2015.
22       2.  By this stipulation, defendants now move to continue the status conference
23          until April 23,  2015, and to exclude time between March 12, 2015, and April
24          23,  2015, under Local Code T4.
25       3.  The parties agree and stipulate and request that the Court find the following:
26          a.      The Government has represented that discovery associated with
27          this case includes approximately 114  pages of documents plus audio and
28          images.  All of this discovery has  been either produced directly to counsel

                                        1

and/or made available for inspection and copying.

b.      Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, and discuss potential resolutions with the Government and their clients. Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      The Government does not object to the continuance.

d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of March 12, 2015, through April 23,  2015, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 2, 2015                                      /s/   Candace A. Fry
                                                                      CANDACE A. FRY, Attorney for

2

1          LINDSEY MILLS, Defendant

2

3   Dated:  March 2, 2015          /s/  Candace A. Fry for
                                   CHARLES A. PACHECO,  Attorney for
4                                  JAMES R. SHERMAN, Defendant

5

6   Dated:  March 2, 2015          BENJAMIN B. WAGNER,
                                   United States Attorney

7

8                                  By    /s/  Candace A. Fry for
                                   JASON HITT,
9                                  Assistant United States Attorney

10                                 (Signed for Mr. Pacheco and Mr. Hitt
                                   with their prior authorization)
11

12

13                        **O R D E R**

14

15       IT IS SO ORDERED.

16   Dated:  March 12, 2015

17

18

19   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
20   UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

3