Charles A. Pacheco, SBN 129630
**PACHECO AND REAMER**
A Professional Law Firm
8031 Freeport Boulevard
Sacramento, California  95832

(916) 665-5103
(916) 665-5107 fax

Attorney for Defendant
JAMES RANDOLPH SHERMAN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **NO.: 2:13-CR-00302-MCE** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | |
| | ) | |
| JAMES RANDOLPH SHERMAN | ) | |
| and LINDSEY MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed:

Defendant James R. Sherman shall refrain from **EXCESSIVE** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

IT IS SO STIPULATED.

DATED: March 24, 2015

By: _/s/ Charles A. Pacheco_____
CHARLES A. PACHECO,
Attorney for Defendant JAMES R. SHERMAN

- 1 –

DATED: March 24, 2015                    BENJAMIN B. WAGNER,
                                         United States Attorney


                                         By: __/s/ Charles A. Pacheco for _____
                                         JASON HITT,
                                         Assistant United States Attorney


                                         (Signed for Mr. Hitt with his prior authorization)


                                    **ORDER**

        IT IS SO ORDERED.

Dated:  March 26, 2015


                            _____
                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT