LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES RANDOLPH SHERMAN,<br><br>      Defendant. | 2:13-CR-00302 MCE<br><br>STIPULATION AND ORDER TO RECALL BENCH WARRANT AND CONTINUE PRETRIAL RELEASE |

**STIPULATION**

On October 8, 2015, defendant James Sherman's prior counsel moved to withdraw as attorney of record. ECF Doc. 67. The court granted the motion to withdraw and issued a bench warrant for Mr. Sherman's arrest. The parties now agree that Mr. Sherman had no knowledge of this court appearance and, therefore, he did not appear. At the earliest opportunity, Mr. Sherman took steps to formally address and resolve this matter. For over two years, Mr. Sherman has been on pretrial release. He has made all court appearances and followed all conditions of release.

Accordingly, the parties, by and through their counsel of record and with the consent of pretrial services, hereby stipulate that:

1. The bench warrant issued on October 8, 2015 should be recalled;
2. Pretrial release should continue for Defendant James Randolph Sherman; and

STIPULATION TO RECALL WARRANT AND CON'T RELEASE

1

3. All previously imposed conditions of release should remain.

**IT IS SO STIPULATED.**

Dated: October 14, 2015                         BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ JASON HITT
                                                JASON HITT
                                                Assistant United States
                                                Attorney

Dated: October 14, 2015                         /s/ Chris Cosca
                                                CHRIS COSCA
                                                Counsel for Defendant
                                                JAMES SHERMAN

**ORDER**

IT IS SO ORDERED.

Dated: October 15, 2015

Troy L. Nunley
United States District Judge

STIPULATION TO RECALL WARRANT AND CON'T RELEASE

2