1

2

3

4

5

LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

6

7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>         v.<br><br>JAMES RANDOLPH SHERMAN,<br><br>                               Defendant. | 2:13-CR-00302 MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE:    February 18, 2016<br>TIME:       9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

1.      By previous order, this matter was set for status on February 18, 2016.

2.      By this stipulation, the parties now move to continue the status conference to April 28, 2016, and to exclude time between February 18, 2016 and April 28, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Discovery associated with this case includes 146 pages and multiple CD/DVDs, some of which include lengthy surveillance, video and audio. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for Defendant Sherman was recently appointed and desires additional time to review discovery and to confer with his client concerning discovery, investigation, potential options for the defense and trial preparation.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 18, 2016 to April 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2  of the Speedy Trial Act dictate that additional time periods are excludable from the period

3  within which a trial must commence.

4

5    **IT IS SO STIPULATED.**

6

7

8  Dated:  February 16, 2016                    BENJAMIN B. WAGNER
                                                United States Attorney

9
                                                /s/ JASON HITT
10                                              JASON HITT
                                                Assistant United States
11                                              Attorney

12

13  Dated:  February 16, 2016

14                                              /s/ Chris Cosca
                                                CHRIS COSCA
15                                              Counsel for Defendant
                                                JAMES SHERMAN
16

17                              **ORDER**

18      IT IS SO ORDERED.

19  Dated:  February 22, 2016

20

21

22

    MORRISON C. ENGLAND, JR., CHIEF JUDGE
23  UNITED STATES DISTRICT COURT

24

25

26

27

28