LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                    v.<br><br>JAMES RANDOLPH SHERMAN,<br><br>                               Defendant. | 2:13-CR-00302 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE:    May 5, 2016<br>TIME:       10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.    By previous order, this matter was set for status on May 5, 2016.

2.    By this stipulation, the parties now move to continue the status conference to June 23, 2016, and to exclude time between May 5, 2016 and June 23, 2016, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Discovery associated with this case includes 146 pages and multiple CD/DVDs, some of which include lengthy surveillance, video and audio. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    Defense counsel is currently in trial and desires additional time to review discovery and to confer with his client concerning discovery, investigation, potential

1    options for the defense and trial preparation.

2         c)      Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective

4    preparation, taking into account the exercise of due diligence.

5         d)      The government does not object to the continuance.

6         e)      Based on the above-stated findings, the ends of justice served by

7    continuing the case as requested outweigh the interest of the public and the defendant

8    in a trial within the original date prescribed by the Speedy Trial Act.

9         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

10   § 3161, et seq., within which trial must commence, the time period of May 5, 2016 to

11   June 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

12   B(iv) [Local Code T4] because it results from a continuance granted by the Court at

13   defendants' request on the basis of the Court's finding that the ends of justice served by

14   taking such action outweigh the best interest of the public and the defendant in a

15   speedy trial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2  of the Speedy Trial Act dictate that additional time periods are excludable from the period

3  within which a trial must commence.

4    **IT IS SO STIPULATED.**

5

6  Dated:  April 28, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney
7

8                                            /s/ JASON HITT
                                             JASON HITT
9                                            Assistant United States
                                             Attorney
10

11 Dated:  April 28, 2016                    /s/ Chris Cosca

12                                           CHRIS COSCA
                                             Counsel for Defendant
13                                           JAMES SHERMAN

14

15                              **ORDER**

16   IT IS SO ORDERED.

17 Dated:  May 5, 2016

18

19

20                                           MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28