LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00302 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMES RANDOLPH SHERMAN, | DATE:     July 13, 2017 |
| Defendant. | TIME:     10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on July 13, 2017.

2.      By this stipulation, the parties now move to continue the status conference to August 31, 2017 and to exclude time between July 13, 2017 and August 31, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Discovery associated with this case includes 146 pages and multiple CD/DVDs, some of which include lengthy surveillance, video and audio. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defense counsel desires additional time to review discovery, investigate, and to confer with his client concerning discovery, investigation, potential options for the defense and trial preparation.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2017 to August 31, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2  of the Speedy Trial Act dictate that additional time periods are excludable from the period

3  within which a trial must commence.

4

5    **IT IS SO STIPULATED.**

6

7

8  Dated:  July 10, 2017                     /s/ Jason Hitt
                                            JASON HITT
9                                           Assistant United States
                                            Attorney
10

11

12  Dated:  July 10, 2017                    /s/ Chris Cosca
                                            CHRIS COSCA
13                                          Counsel for Defendant
                                            JAMES SHERMAN
14

15                              **ORDER**

16

17    IT IS SO ORDERED.

18

19  Dated:  July 20, 2017

20

21                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28