LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAMES RANDOLPH SHERMAN,<br><br>                              Defendant. | 2:13-CR-00302 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE:     December 14, 2017<br>TIME:       10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on December 14, 2017.

2.      By this stipulation, the parties now move to continue the status conference to January 25, 2018, and to exclude time between December 14, 2017 and January 25, 2018 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Discovery associated with this case includes 146 pages and multiple CD/DVDs, some of which include lengthy surveillance, video and audio. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Defense counsel desires additional time to review discovery, investigate, and to confer with his client concerning discovery, investigation, potential options for the

defense and trial preparation.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017 to January 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  December 11, 2017

/s/ Chris Cosca for
JASON HITT
Assistant United States
Attorney

Dated:  December 11, 2017

/s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
JAMES SHERMAN

## ORDER

IT IS SO ORDERED.

Dated:  January 3, 2018

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE