LAW OFFICES OF CHRIS COSCA
CHRIS COSCA       (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00302 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMES RANDOLPH SHERMAN, | DATE:      January 25, 2018 |
| Defendant. | TIME:      10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on January 25, 2018.

2.      By this stipulation, the parties now move to continue the status conference to March 22, 2018, and to exclude time between January 25, 2018 and March 22, 2018 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Discovery associated with this case includes 146 pages and multiple CD/DVDs, some of which include lengthy surveillance, video and audio. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defense counsel desires additional time to review discovery, investigate, and to confer with his client concerning discovery, investigation, potential options for the

1    defense and trial preparation.

2              c)       Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective

4    preparation, taking into account the exercise of due diligence.

5              d)       The government does not object to the continuance.

6              e)       Based on the above-stated findings, the ends of justice served by

7    continuing the case as requested outweigh the interest of the public and the defendant

8    in a trial within the original date prescribed by the Speedy Trial Act.

9              f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

10   § 3161, et seq., within which trial must commence, the time period of January 25, 2018

11   to March 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§

12   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by

13   the Court at defendants' request on the basis of the Court's finding that the ends of

14   justice served by taking such action outweigh the best interest of the public and the

15   defendant in a speedy trial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2    of the Speedy Trial Act dictate that additional time periods are excludable from the period

3    within which a trial must commence.

4

5    **IT IS SO STIPULATED.**

6

7

8    Dated: January 22, 2017                              /s/ Chris Cosca for
                                                          JASON HITT
9                                                         Assistant United States
                                                          Attorney
10

11

12   Dated: January 22, 2017                              /s/ Chris Cosca

13                                                         CHRIS COSCA
                                                          Counsel for Defendant
14                                                        JAMES SHERMAN

15

16                                      **ORDER**

17        IT IS SO ORDERED.

18   Dated: January 24, 2018

19

20                                                        MORRISON C. ENGLAND, JR.
                                                          UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28