LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JAMES RANDOLPH SHERMAN,<br><br>                              Defendant. | 2:13-CR-00302 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE:      March 22, 2018<br>TIME:      10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on March 22, 2018.

2.      By this stipulation, the parties now move to continue the status conference to June 7, 2018, and to exclude time between March 22, 2018 and June 7, 2018 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Discovery associated with this case includes 146 pages and multiple CD/DVDs, some of which include lengthy surveillance, video and audio. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defense counsel desires additional time to review discovery, investigate, and to confer with his client concerning discovery, investigation, potential options for the

defense and trial preparation.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 22, 2018 to June 7, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1       4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2 of the Speedy Trial Act dictate that additional time periods are excludable from the period

3 within which a trial must commence.

4

5      **IT IS SO STIPULATED.**

6

7

8 Dated:  March 19, 2018             /s/ Jason Hitt

JASON HITT

9                               Assistant United States

Attorney

10

11

12 Dated:  March 19, 2018             /s/ Chris Cosca

13                               CHRIS COSCA

Counsel for Defendant

14                               JAMES SHERMAN

15                        **ORDER**

16      IT IS SO ORDERED.

17 Dated:  March 20, 2018

18

19

20                       MORRISON C. ENGLAND, JR.

UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28