LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JAMES RANDOLPH SHERMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00302 MCE |
| Plaintiff, | AMENDED WAIVER OF DEFENDANT JAMES SHERMAN'S APPEARANCE AND ORDER |
| v. | |
| JAMES RANDOLPH SHERMAN, | |
| Defendant. | |

    Defendant JAMES SHERMAN hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

    Defendant JAMES SHERMAN hereby requests that the court proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

    Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and he has authorized his attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

Dated: November 15, 2018                    Respectfully submitted,


                                            /s/James Sherman
                                            JAMES SHERMAN
                                            Defendant


                                            /s/Chris Cosca
                                            CHRIS COSCA
                                            Attorney for Defendant,
                                            JAMES SHERMAN


**ORDER**

  IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE