McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0302 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMES SHERMAN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 11, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until August 8, 2019, and to exclude time between April 11, 2019, and August 8, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, as well as audio and visual surveillance materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time conduct additional defense investigation, legal research, and to confer with his client about how to proceed with trial preparations.

1          c)        Counsel for defendant believes that failure to grant the above-requested

2   continuance would deny him/her the reasonable time necessary for effective preparation, taking into

3   account the exercise of due diligence.

4          d)        The government does not object to the continuance.

5          e)        Based on the above-stated findings, the ends of justice served by continuing the

6   case as requested outweigh the interest of the public and the defendant in a trial within the original date

7   prescribed by the Speedy Trial Act.

8          f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9   et seq., within which trial must commence, the time period of April 11, 2019 to August 8, 2019,

10  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

11  results from a continuance granted by the Court at defendant's request on the basis of the Court's

12  finding that the ends of justice served by taking such action outweigh the best interest of the public and

13  the defendant in a speedy trial.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 10, 2019                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ *Jason Hitt*
                                                    JASON HITT
                                                    Assistant United States Attorney


Dated:  April 10, 2019                              /s/ *Chris Cosca, Esq.*
                                                    Chris Cosca, Esq.
                                                    Counsel for Defendant
                                                    JAMES SHERMAN
                                                    Authorized to sign for Mr. Cosca
                                                    on 4-10-19


                               **ORDER**

IT IS SO ORDERED.

Dated:  April 15, 2019


                                                    MORRISON C. ENGLAND, JR
                                                    UNITED STATES DISTRICT JUDGE