IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES SHERMAN,<br><br>  Defendant. | CASE NO. 2:13-CR-0302 MCE<br><br>ORDER SEALING THE GOVERNMENT'S *EX-PARTE* MOTION SEEKING *IN CAMERA* REVIEW OF GOVERNMENT WITNESS PERSONNEL FILE AND EXHIBITS A AND B |

Pursuant to Local Rule 141(b) and based upon the authorities contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED that the government's *ex-parte* motion seeking an *in camera* review of personnel records for a DEA Special Agent, including Exhibits A and B to that motion, and the Government's Request to Seal shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: September 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE