UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00302-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES RANDOLPH SHERMAN, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for Bail Review. ECF No. 214. According to Defendant, he should be released pursuant to 18 U.S.C. § 3143(a)(2)(A) and (B) because: "1) Defendant is not likely to flee the jurisdiction; 2) Defendant does not pose a danger to any person or the community if released; and 3) there is a substantial likelihood that a motion for acquittal or new trial will be granted or alternatively, the government recommended that no sentence be imposed on the person." Def.'s Mot. at 2. Defendant's Motion is DENIED.

The crux of his argument is that:

> Defendant steadfastly asserted to his appointed counsel that during the court hearing on October 25, 2019, Judge England stated that Defendant could have a new trial if he wanted a new trial, but that Judge England would sentence Defendant only based on the marijuana conviction. Defendant believes that the applicable Guideline for the marijuana conviction is criminal level based on the seventy-six marijuana plants

    seized in Defendant's backyard and that the recommended sentence pursuant to the application would be ten-to-sixteen months incarceration.

Def.'s Mot. at 3.  This is just false.

  Not only would the Court not make any such assurances to any defendant in the first place, but this Court has specifically reviewed the audio of the relevant hearing in this case and can confirm no such promises were made.  Moreover, having presided over Defendant's trial and heard the overwhelming evidence against him, the Court also finds it highly unlikely that any new trial motion would be granted on this or any other basis.  Finally, the Government has not made any recommendation that no sentence be served, and it is unlikely to do so, given the counts of conviction here.  Accordingly, Defendant's Motion (ECF No. 214) is DENIED.

  IT IS SO ORDERED.

Dated:  July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE