Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant James Sherman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-302 |
| | ) | |
| Plaintiff, | ) | DEFENDANT SHERMAN'S MOTION |
| | ) | FOR ORDER TO COURT REPORTER TO |
| v. | ) | TRANSCRIBE EX PARTE HEARING OF |
| | ) | OCTOBER 25 AND PROVIDE |
| JAMES SHERMAN, | ) | TRANSCRIPT TO DEFENDANT |
| . | ) | AND AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I. Philip Cozens, have personal knowledge of the matters set forth in this Declaration in Support of Defendant's Request for Order for Transcript of October 25, 2019 Hearing, and if called to testify, could and would truly testify as follows:

1. I am an attorney duly licensed to practice law in the state of California and a member of the State Bar of the State of California.  I am the attorney of record for Defendant Sherman in the above-entitled case.

2. Defendant seeks an order from the court to the court reporter to transcribe her notes from the October 25, 2019 from the public and the ex parte hearings between the court and Defendant and to provide such transcript to Defendant.

3. The United States Attorney charged Defendant by indictment with one count of conspiracy to distribute cocaine base and heroin in violation of **21 USC 846** and **841(a)(1);** two counts of actual distribution of more than one hundred grams of heroin; two counts of actual distribution of cocaine base; one count of possession of cocaine base with the intention to distribute and one count of possession of marijuana with the intention to distribute.  On September 19, 2019, the jury convicted Defendant of the charges listed in the previous sentence. After the return of the verdicts, Judge England remanded Defendant to the custody of the United States Marshal pending sentencing.

4. While the jury convicted Defendant with conspiracy to distribute in excess of 100 grams of heroin and 280 grams of cocaine base; two counts of actual distribution of more than one hundred grams of heroin; two counts of actual distribution of cocaine base; one count of possession of cocaine base with the intention to distribute; and one count of possession of marijuana with the intention to distribute**,** Defendant maintains that the court told him in the October 25, 2019 new trial motion hearing and the ex parte hearing, that the court heard the evidence and intended only to sentence Defendant for the marijuana violation.  The testimony at trial was that Defendant had seventy-six marijuana plants in his backyard.

5. Defendant asserted to me, his newly appointed counsel, that on October 25, 2019, Judge England stated that Defendant could have a new trial if he wanted a new trial, but that Judge England would sentence Defendant only based on the marijuana conviction. Defendant believes that the transcript from the October 25, 2019 hearing and ex parte hearing on the same date will demonstrate that the court made such assurances to Defendant.

6. Defendant believes that he will prevail on a motion for new trial and that Judge England indicated to Defendant that Judge England intends to sentence only for the marijuana charge.

7. I disagree with Defendant's assertion.  This disagreement has become an interference and problem to the attorney client relationship.  Such problem can only be resolved by printing the transcript for the October 25, 2019 hearing and delivering such transcript to Defendant for his

review. I believe that the transcript for the ex parte hearing was sealed and I request that it be re-opened so that a transcript can be prepared and delivered to me.

8. I ask the court to order the court reporter to transcribe the public and ex parte hearings from October 25, 2019 and to provide a copy of the transcript to me for delivery to Defendant.

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed this 10th day of August, 2020 in Sacramento, Sacramento County, California.

Dated: August 10, 2020                Respectfully submitted,

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant
James Sherman

## AMENDED ORDER

The court, having read and considered the Declaration of Philip Cozens in Support of the Order to the Court Reporter to Prepare a Transcript of the October 24, 2019 of the Public and Ex Parte Hearing for the above-entitled case, and finding good cause therefore,

The Court orders that the court reporter prepare a transcript of the October 24, 2019 of the Public and Ex Parte Hearing for the above-entitled case and deliver such transcript to Defendant's attorney for delivery to Defendant.

IT IS SO ORDERED.

Dated: September 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE