Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant James Sherman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-302 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | |
| JAMES SHERMAN, | ) | |
| . | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Defendant James Sherman through his attorney Philip Cozens, Esq. that:

    1. The Sentencing Hearing currently scheduled for January 7, 2021 at 10:00 a.m. be continued to April 15, 2021 at 10:00 a.m. The stipulated continuance is necessary because Defendant James Sherman's attorney requires additional time to review the discovery in this matter and to have the probation report prepared.

    2. The parties stipulated to the following schedule: Judgment and Sentencing: April 15, 2021; Reply or statement of Non-Opp: April 8, 2021; Motion for correction: April 1, 2021; PSR

STIPULATION TO CONTINUE SENTENCING HEARING  -1-

final disclosed: March 25, 2021; Objections: March 18, 2021; and Draft PSR disclosed: March 4, 2021.

Time should be excluded for defense attorney preparation pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from January 7, 2021 through and including April 15, 2021.

IT IS SO STIPULATED.

Dated: December 29, 2020            /s/ Jason Hitt, Esq.
                                    Jason Hitt, Esq.
                                    Assistant United States Attorney
                                    Eastern District of California


                                    /s/ Philip Cozens
                                    Philip Cozens
                                    Attorney for Defendant
                                    James Sherman

**ORDER**

The Court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for January 7, 2021 at 10:00 a.m., be CONTINUED to April 15, 2021 at 10:00 a.m. Time is excluded for defense attorney preparation pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] and the Court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from January 7, 2021 through and including April 15, 2021.

IT IS SO ORDERED.

Dated: January 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING  -2-