Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant James Sherman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-302 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | |
| JAMES SHERMAN, | ) | |
| . | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Defendant James Sherman through his attorney Philip Cozens, Esq. that:

    The Sentencing Hearing currently scheduled for April 15, 2021 at 10:00 a.m. in Judge England's Court be re-scheduled for May 27, 2021 at 10:00 a.m. in Judge England's Court. The stipulated continuance is necessary because Defendant James Sherman's attorney requires additional time to review the discovery in this matter and to have the probation report prepared.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time

should be excluded from speedy trial calculations from April 15, 2021 through and including May 27, 2021.

It is so stipulated.

Dated: April 12, 2021  /s/ Jason Hitt, Esq._____
Jason Hitt, Esq.
Assistant United States Attorney
Eastern District of California


/s/ Philip Cozens_____
Philip Cozens
Attorney for Defendant
James Sherman

## ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for April 15, 2021 at 10:00 a.m. in Judge England's Court be re-scheduled for May 27, 2021 at 10:00 a.m. in Judge England's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from April 15, 2021 through and including May 27, 2021.

Dated: April 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE