Karyn H. Bucur
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, CA 92653
Telephone: (949) 472-1092
Email: khbucur@cox.net

Attorney for Defendant/Appellant
JAMES SHERMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES SHERMAN,<br><br>    Defendant. | Case No.: 2:13-CR-302 MCE<br><br>ORDER |

    Appellate counsel's request for an order for the court reporter to transcribe the sealed proceedings of the Motion for New Counsel dated October 25, 2019 is GRANTED. The Court orders that the court reporter transcribe the sealed proceedings described above and deliver such transcript to defendant's appellate counsel, Karyn H. Bucur.

    IT IS SO ORDERED.

Dated: August 13, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE