Karyn H. Bucur
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, CA 92653
Telephone: (949) 472-1092
Email: khbucur@cox.net

Attorney for Defendant/Appellant
JAMES SHERMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-302 MCE |
| Plaintiff, | ORDER |
| v. | |
| JAMES SHERMAN, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, appellate counsel, Karyn H. Bucur's request for an order for her to receive a copy of defendant's Pre-Sentence Report, "PSR" from the United States Attorney's Office is granted.

The Court orders that defendant's counsel, Karyn H. Bucur, may receive a copy of defendant's PSR from the United States Attorney's Office.

IT IS SO ORDERED.

Dated: August 17, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE