UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RANDOLPH SHERMAN,<br><br>Defendant. | No. 2:13-CR-00302-MCE<br><br>**ORDER** |

Defendant James Randolph Sherman ("Defendant") was found guilty by a jury of: (1) Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Crack Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1) (Count 1); (2) Distribution of Heroin in violation of 21 U.S.C. § 841(a)(1) (Counts 2 and 3); (3) Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) (Counts 4 and 5); (4) Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1) (Count 6); (5) Possession with Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(a)(1) (Count 8); and (6) Manufacture of Marijuana in violation of 21 U.S.C. § 841(a)(1) (Count 9).  Presently before the Court is Defendant's pro se Motion to Vacate and/or Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821.  ECF No. 269.  According to Defendant, his sentence should be reduced under the Sentencing Guidelines' new zero-

1

point offender provision.  The Office of the Federal Defender filed a notice indicating it would not be assuming representation of Defendant for purposes of this Motion, ECF No. 271, and the Government subsequently filed an opposition, ECF No. 273. Defendant's Motion is DENIED.

Defendant received a mandatory minimum 120-month term of imprisonment that cannot be further lowered.  Accordingly, regardless of whether any of Defendant's criminal history points might be retroactively reduced, his sentence may not be modified. Defendant's Motion (ECF No. 269) is thus DENIED.

IT IS SO ORDERED.

Dated:  June 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE